SAVILLA F. SMITH, as Administratrix of the Estate of CHRISTOPHER SMITH, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*Smith* v. *State of New York*, 171 App. Div. 959, affirmed.
(Argued April 24, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 9, 1915, affirming an award of the Board of Claims. The claim was filed to recover for personal injuries to claimant's intestate, Christopher Smith, by reason of the alleged negligence of the state of New York in the way it maintained a bridge over the Erie canal at Seventh street in the city of Watervliet.

*Egburt E. Woodbury, Attorney-General* (*Wilbur W. Chambers* of counsel), for appellant.

*John F. Murray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.